JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIETIE ATTAH, an individual,<br><br>Plaintiff,<br><br>v.<br><br><br>HERTZ LOCAL EDITION CORP., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:21-CV-07165-AB (MAAx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATING UPCOMING DATES AND DEADLINES** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) **days,** to re-open the action if settlement is not consummated.

//

//

1.

| | |
|---|---|
| 1 | This Court retains full jurisdiction over this action and this Order shall not prejudice |
| 2 | any party to this action.  All upcoming dates and deadlines, including but not limited |
| 3 | to the Scheduling Conference scheduled for December 10, 2021, are **VACATED.** |

Dated:  November 29, 2021   _____
                                          HONORABLE ANDRÉ BIROTTE JR.
                                          UNITED STATES DISTRICT JUDGE